ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 17 2019
CLERK, U.S. DISTRICT COURT
By_____
   Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. |
| GAMALIEL SANCHEZ LOPEZ (01)<br>JOSE LORENSITO GARRIDO (02)<br>ANTONIO LORENSITO GARRIDO (03) | 4-19CR-309-Y |

INDICTMENT

The Grand Jury Charges:

Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning on a date unknown and continuing until on or about September 10, 2019, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant, **Gamaliel Sanchez Lopez, Jose Lorensito Garrido,** and **Antonio Lorensito Garrido,** along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

A TRUE BILL.

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
LAURA G. MONTES
Assistant United States Attorney
Massachusetts State Bar No. 687739
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

GAMALIEL SANCHEZ LOPEZ (01)
JOSE LRENSITO-GARRIDO (02)
ANOTNIO LORENSITO-GARRIDO (03)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
1 Count

A true bill rendered

FORT WORTH                                                    FOREPERSON

Filed in open court this 17th day of October, 2019.

-----

**All defendant's in Federal Custody since September 10, 2019**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:19-MJ-713-BJ