ORIGINAL-CTJ
FILED
May 19, 2021
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 27, 2021
Lyle W. Cayce
Clerk

No. 20-10926
Conference Calendar

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　　　　　　　　*Plaintiff—Appellee*,

versus

GAMALIEL SANCHEZ LOPEZ,

　　　　　　　　　　　　　　　　　　　　　　*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:19-CR-309-1-Y

Before GRAVES, WILLETT, and DUNCAN, *Circuit Judges*.

PER CURIAM:*

　　The attorney appointed to represent Gamaliel Sanchez Lopez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lopez has filed a response as well as a motion to substitute

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-10926

counsel. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Lopez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Lopez's request in his response to substitute counsel is DENIED as untimely. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).