Gamaliel Sanchez Lopez
Reg. No. 59280-177
FCC Lompoc
3901 Klein Blvd.
Lompoc, CA 93436

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 30 2024
CLERK, U.S. DISTRICT COURT
By MW Deputy

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Gamaliel Sanchez Lopez, Petitioner, | Case No. 4:19-CR-309-Y(01) |
| v. | |
| United States of America, Respondent, | Motion For Reduction of Sentence Pursuant to 18 U.S.C.§ 3582 (c)(2) And 18 U.S.C. § 3553 (a) |

I, Gamaliel Sanchez Lopez am submitting this motion under 18 U.S.C. 3582 (c)(2). A defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994 (u), upon motion of the defendant or The Director of The Bureau of Prisons, or on it's own motion. The court may reduce the term of imprisonment after considering the factors set forth in section 3553 (a) which is to present the court with evidence of programing certificates to show rehabilitation while incarcerated.

CONCLUSION

I pray that the honorable District Judge Terry R. Means looks at my case and sees that I am an educated man now. I have been attending school for over two years now. I have no disciplinaries against me, and have exhibited good conduct. My wife have real serious medical issues with her heart, and she is taken care of our son. She is in dire need of financial help and has no one to help her except myself.

Respectfully submitted,

Gamaliel Sanchez

Gamaliel Sanchez Lopez
Reg. No. 59280-177

Exhibit A

A quien corresponda. Mi nombre es Raquel Sánchez yo soy mamá de Maximiliano Sánchez Gamaliel Sánchez es papá de mi hijo Maximiliano tiene 8 años. Yo conoci a Gamaliel enel 2013 en mi luga de trabajo. Nos fuimos a vivir Juntos en 2014 y en el 2015 nacio Maximiliano. Max tenia 3 años cuando Gamaliel ya no estuvo con nosotros y Max no hay un solo dia que me pregunta cuando estava papi aqui en casa. Yo se que Gamaliel cometio un error grave y Jamas lo voy a Justificar solo el sabe por que lo hizo. Pero aqui las consecuencias las esta pagando Maximiliano. el a sido diagnosticado con TDAH y se a hecho un niño muy miedoso. Max tambien sera atendido por un Psicologo. Yo eh tratado de sobrellevar toda esta situacion. para que Max este y se sienta lo mejor posible. a mi en 2022 me dieron mi residencia y despues de haber estado mas de 20 años aqui sin ver a mis padres y en mi viaje que planie llevar a Max unos dias de vacaciones ami pueblo. y en mi estancia en casa de mis papās fui agredida [redacted] verval y fisicamente por un de mis hermanos el estaba en un estado de ebriedad y de alguna otra sustancia. a mi se me hizo imposible defenderme no pude y mis papas tampoco pudieron hacer nada y Max tampoco. ese dia yo regreso a texas mi hija Jaqueline de 20 años me lleva al hospital y me ingresa en Emergencias y los resultados de mis golpes dieron un diagnostico que yo no espere por que estaba aun

muy aturdida de la agrecion mi viaje mi vuelo y yo estaba muy mal por que no era tanto el dolor de lo Fisico si no de mi corazōn y mi alma. estube casi 2 meses en cama sin poder levantarme. a raiz de esos golpes no me eh sentido bien el 11 de Junio estare viajando de nuevo a Mexico para realizarme otros estudios ya que aqui me es imposible pagar un seguro medico. tengo una molestia en mi costado Izquierdo y quiero descartar algun problema en alguno de mis organos. Yo tengo 50 años de edad y estoy diagnosticada con los trigliseridos altos. y tengo miedo Maximiliano solo tiene a su papā es por estas razones que me atrevi hacer esta peticiōn. Jamas Justificare lo que Gamaliel hizo. Pero tambien tengo que desir que el es un buen hombre un buen ser humano y el mejor padre que le pude dar a mi hijo. Espero que consideren su caso por que no tengo a quien mas recurrir. yo tengo 5 meses que no trabajo por que Maximiliano requiere de mi atencion y mis cuidados estos 5 años que Gamaliel no a estado como figura paterna an sido dificil para mi hijo. Gracias por atender mis palabras y mi exprecion ojala y toque su corazon Gracias por su valioso tiempo. Confio en Dios que resibire buenas noticias de esta Peticion. Con respeto me despido esperando encontrar una mejor condicion de vida para mi hijo. Atte [signature]

Ribs bilateral w PA chest DX
* Final Report *

SANCHEZ MORALES, RAQUEL 49232506

| | |
|---|---|
| Result type | Ribs bilateral w PA chest DX |
| Result date | 08/06/2022 11:38 CDT |
| Result status | Auth (Verified) |
| Result title | Ribs bilateral w PA chest DX |
| Performed by | Pfeiffer, William Raymond MD on 08/06/2022 12:32 CDT |
| Signed by | Pfeiffer, William Raymond MD on 08/06/2022 12:32 CDT |
| Encounter info | 49232506?500, NE Northeast, Emergency, 08/06/2022 - |

*** Final Report ***

# * Reporte Final *

**Reason For Exam**

**Radiology Report**

**Indicación clínica: dolor y trauma; información adicional dolor severo en las costillas izquierdas sostenido por asalto**

*** No le encontraron fracturas en las costillas, solo sangrado interno ***

**Signature Line**

Exhibit, B

| | |
|---|---|
| Printed by | Lang, Kiet-Ming NP |
| Printed on | 08/06/2022 13:11 CDT |

Spine cervical wo contrast CT
* Final Report *

SANCHEZ MORALES, RAQUEL 49232506

| | |
|---|---|
| Result type | Spine cervical wo contrast CT |
| Result date | 08/06/2022 11:45 CDT |
| Result status | Auth (Verified) |
| Result title | Spine cervical wo contrast CT |
| Performed by | Gautam, Veena Sathyakumar MD on 08/06/2022 12:44 CDT |
| Signed by | Gautam, Veena Sathyakumar MD on 08/06/2022 12:44 CDT |
| Encounter info | 49232506/900, NE Northeast Emergency 08/06/2022 - |

## * Final Report *

# * Reporte Final *

**Reason For Exam**

**Radiology Report**

[illegible]

[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

[illegible]
[illegible]

[illegible]
[illegible]

[illegible]
[illegible]

[illegible]
[illegible]

[illegible]

**Pequeños complejos de osteofitos de disco en C4-C5 y C5-C6 con una leve hendidura en la columna vertebral.**

Printed by: Liang, Kuei Ming NP
Printed on: 08/06/2022 13:13 CDT

Sanchez, Raquel, 50 Y, F,

12/01/1973

832-576-0902

Health Center of Southeast Texas- Cleveland B

307 N WILLIAM BARNETT AVE, CLEVELAND, TX 77327-4061

281-592-2224

FINAL RESULT

Accession ID: HZ670328H Ref ID: 0077674

Order Date: 03/08/2024 Received: 03/09/2024 00:35:02 Spec Recd: 03/08/2024 11:15:00

Collection Date: 03/08/2024 11:15:00 Report: 03/09/2024 00:22:00

Requesting Physician: Claros, Carla Ordering Physician: Claros, Carla

# LIPID PANEL

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| F | CHOLESTEROL, TOTAL | 307 H | <200 (mg/dL) | RGA |
| F | HDL CHOLESTEROL | 74 | > OR = 50 (mg/dL) | RGA |
| F | TRIGLYCERIDES | 199 H | <150 (mg/dL) | RGA |
| F | LDL-CHOLESTEROL | 195 H | (mg/dL (calc)) | RGA |

LDL-C levels > or = 190 mg/dL may indicate familial hypercholesterolemia (FH). Clinical assessment and measurement of blood lipid levels should be considered for all first degree relatives of patients with an FH diagnosis. LDL Cholesterol (LDL-C) levels > or = 300 mg/dL may indicate homozygous familial hypercholesterolemia (HoFH). Untreated, these extremely high LDL-C levels can result in premature CV events and mortality. Patients should be identified early and provided appropriate interventions to reduce the cumulative LDL-C burden from birth.

For questions about testing for familial hypercholesterolemia, please call Quest Genomics Client Services at 1.866.GENE.INFO.

Jacobson T, et al. J National Lipid Association Recommendations for Patient-Centered Management of Dyslipidemia: Part 1 Journal of

Exhibit, C

Sanchez, Raquel, 50 Y, F,

12/01/1973

832-576-0902

Health Center of Southeast Texas- Cleveland B

307 N WILLIAM BARNETT AVE, CLEVELAND, TX 77327-4061

281-592-2224

FINAL RESULT

Accession ID: HZ670328H | Ref ID: 0077674

Order Date: 03/08/2024 | Received: 03/09/2024 00:35:02 | Spec Recd: 03/08/2024 11:15:00

Collection Date: 03/08/2024 11:15:00 | Report: 03/09/2024 00:22:00

Requesting Physician: Claros, Carla | Ordering Physician: Claros, Carla

# LIPID PANEL

| | NAME | VALUE | REFERENCE RANGE | LAB |
|---|---|---|---|---|
| F | CHOLESTEROL, TOTAL | 307 H | <200 (mg/dL) | RGA |
| F | HDL CHOLESTEROL | 74 | > OR = 50 (mg/dL) | RGA |
| F | TRIGLYCERIDES | 199 H | <150 (mg/dL) | RGA |
| F | LDL-CHOLESTEROL | 195 H | (mg/dL (calc)) | RGA |

LDL-C levels > or = 190 mg/dL may indicate familial hypercholesterolemia (FH). Clinical assessment and measurement of blood lipid levels should be considered for all first degree relatives of patients with an FH diagnosis. LDL Cholesterol (LDL-C) levels > or = 300 mg/dL may indicate homozygous familial hypercholesterolemia (HoFH). Untreated, these extremely high LDL-C levels can result in premature CV events and mortality. Patients should be identified early and provided appropriate interventions to reduce the cumulative LDL-C burden from birth.

For questions about testing for familial hypercholesterolemia, please call Quest Genomics Client Services at 1.866.GENE.INFO.

Jacobson T, et al. J National Lipid Association Recommendations for Patient-Centered Management of Dyslipidemia: Part 1 Journal of

8/8/22

8/7/22

8/7/22

Gamaliel Sanchez Lopez
Reg. No. 59280-177
FCI II - Lompoc
3901 Klein Blvd.
Lompoc, Ca 93436

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Gamaliel Sanchez Lopez, Petitioner, v. United States of America, Respondent, | Case No. 4:19-CR-309-Y(01) <br> Motion For Compassionate Release For Family Circumstances under 18 U.S.C.§ 3553(a) With Letters from Wife |

I Gamaliel Sanchez Lopez, am submitting this motion for compassionate release because of Family circumstances pursuant to 18 U.S.C.§ 3553(a). To The United States District Court for The Northern District of Texas.

FAMILY CIRCUMSTANCES

My wife Raquel Sanchez Morales took a trip to Mexico because she had not seen her parents for about 20 years. As she arrived to her parents house, he Brother was under the influence of alcohol and drugs, and proceeded to assault her. The assault was so bad that she required hospitalization for injuries suffered at the hands of her brother. (Exhibit A ). She spent a total of two full days at the hospital in Mexico recovering from injusies suffered at her own Brother's hahds.

When she came back to the United States, a very short time later, She had a relapse from her injuries, that she went into a coma and was hospitalized again ( Exhibit B ) . She was in a coma for about two full months. Ms. Sanchez-Lopez is still under Dr. care and she has not fully recovered. Her 20 year old daughter is taking care of her, however her daughter is getting married soon and she ismoving away with her husbant, leaving Ms. Sanchez-Lopez with no one to care for her and help her during her recovery. Dr. don't yet know if there will be long term effect related to the injuries she sufferd from this viscios attack. (Exhibit C )

In addition to my wife's condition, our 3 year old son suffers from various medical issues and he is in constant need of help. As mentioned above, My 20 years old daughter was also taking care of her younger brother. With her upcoming marriage, My wife and my son will be left with no care taker.

CONCLUSION

Whrefore, for the foregoing reasons, and any other reasons the court deems just and appropriate, Mr. Sanchez- Lopez prays that this honorable court "GRANTS" his motion for compassionate release. Mr. Sanchez Lopez being Lament untutored in the law respectfully request the appointment of cpunsel to assist him in this matter.

Respectfully Submitted,

Gamaliel Sanchez

Gamaliel Sanchez Lopez
Reg. No. 59280-177

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: (Name and Title of Staff Member) B. Birkholz, Warden | DATE: April 7-2024 |
| FROM: Gamaliel Sanchez Lopez | REGISTER NO.: 59280-177 |
| WORK ASSIGNMENT: Kitchen | UNIT: H-B-13 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I am submitting this Compassioan Release under The First Step Act. For family's issues my wife is having heart problems. The Doctor is telling her that she may need heart surgery and she don't have anyone to help her with our son. This is for (BOP) policy process.

Thank you

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate

PDF Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

PDF Prescribed by P

**SECTION 6**



Gamiliel Sanchez Lopez
Federal Correction Institution (2)
3901 Klein Blvd
Lompoc, Ca 93436
X-RAY
RECEIVED
MAY 3 0 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Legal Mail
⇔59280-177⇔
U S Courthouse
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

FCC LOMPOC 3901 KLEIN BLVD, LOMPOC CA 93436

DATE: 5/24/24

THE FOLLOWING LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THIS LETTER HAS BEEN NEITHER OPENED OR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION, IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESS, PLEASE RETURN THE ENCLOSED TO THE ABOVE ADDRESS.